**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILLIAM D. GILLIARD, | § | |
| (FBCJ #P00219287) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-18-3259 |
| | § | |
| MEDICAL DEPARTMENT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil

action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on OCT 2 6 2018 _____

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE